S. H. Hartzell, Appellant, v. Sarah Brash, et al., Appellees.

Appeal from the decree of the Circuit Court for Hillsborough County.

Appeal dismissed on motion of Counsel for Appellees.

F. M. Simonton and H. S. Hampton, for Appellant;

M. Henry Cohen and Macfarlane & Chancey, for Appellees.

———

Charles Blum, et al., Appellants, v. Samuel J. McGehee, Appellee.

Appeal from decree of the Circuit Court for Duval County.

Appeal dismissed on motion of counsel for Appellee.

Jordan & Kaufman, for Appellants;

Bryan & Bryan, for Appellee.

———

Appeal dismissed on motion of counsel for Appellees.